# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-952
LT Case No. 2020-SC-2460

_____

FLOOR FACTORY OUTLET, LLC,

 Appellant,

 v.

K & A CONSTRUCTING AND
CONSULTING SERVICES, LLC,

 Appellee.

_____

On appeal from the County Court for Lake County.
Carla R. Pepperman, Judge.

Charles A. Esposito, Palm Coast, for Appellant.

G. Michael Mahoney, of Brionez + Brionez, P.A., Lady Lake, for
Appellee.

September 19, 2023

PER CURIAM.

 AFFIRMED.

EDWARDS, C.J., WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____